# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

Nationstar Mortgage LLC d/b/a Mr. Cooper
Plaintiff

v.

ACI Payments, Inc. et al.
Defendant

3:23-cv-02089-E
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Nationstar Mortgage LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

Nationstar is an indirect, wholly-owned subsidiary of a publicly-traded company, Mr. Cooper Group Inc. Nationstar is directly owned by Nationstar Sub1 LLC (99%) and Nationstar Sub2 LLC (1%), each owned by Nationstar Mortgage Holdings Inc, a wholly-owned sub of Mr. Cooper. KKR Wand Investors Corporation owns more than 10% of the stock of Mr. Cooper.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

None.

| | |
|---|---|
| Date: | 9/19/2023 |
| Signature: | |
| Print Name: | Justin Opitz |
| Bar Number: | 24051140 |
| Address: | 2000 McKinney Avenue, Suite 14 |
| City, State, Zip: | Dallas, TX 75201 |
| Telephone: | (214) 932-6400 |
| Fax: | (214) 932-6499 |
| E-Mail: | jopitz@mcguirewoods.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.